Exhibit A

| | |
|---|---|
| **From:** | Elaine.Jolliff@fe.navy.mil |
| **To:** | warren@seaonglobal.com; jcooney@seaonglobal.com |
| **Cc:** | Dale.Crawford@fe.navy.mil; Yasuhiko.Motooka.ja@fe.navy.mil |
| **Subject:** | Unsuccessful Offer Notification - N6824620Q |
| **Date:** | Friday, August 14, 2020 1:21:24 AM (EDT) |

Seaon Global,

Thank you for submitting a quotation for Oily Waste Water Treatment and Recycling Services. The result of the solicitation is as follows:

The number of offerors solicited: Asia Pacific
The number of proposals received: 2
The name and address of awardee:

Kanto Kosan
3-359-6, Koyasudori, Kanagawa-ku
Yokohama 221-0021

The award amount: $340,972.70

The award decision was based on lowest price, technically acceptable.

We encourage you to participate in future solicitations and we appreciate your continued interest in doing business with the U.S. Government.

_____
Elaine P. Jolliff
Contracting Officer, Sasebo Contracts Division
NAVSUP Fleet Logistics Center Yokosuka

DSN: 252-6741 | Intl: 011-81-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
Email address:  elaine.jolliff@fe.navy.mil