In the United States Court of Federal Claims
(Bid Protest)

|  |  |
|---|---|
| SEAON ENVIRONMENTAL, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant )<br>)<br>and )<br>)<br>KANTO KOSAN, CO., LTD )<br>)<br>Defendant-Intervenor )<br>) | No. 20-1207C<br>Senior Judge Victor J. Wolski |

## RCFC 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Protester, Seaon Environmental LLC submits this corporate disclosure statement. Seaon Environmental LLC has no parent corporation. Seaon Environmental LLC discloses that it is not publicly held nor does any publicly traded corporation owns 10% or more of Seaon Environmental LLC's stock.

THEODORE P. WATSON
*s/Theodore P. Watson*
Watson & Associates LLC
Colorado Bar No.: 34908
10200 East Girard Ave, Suite C245
Aurora, Colorado 80015
Telephone: (720) 941-7200
Fax: (720) 941-7201
watsont@theodorewatson.com

        Attorney of Record
        Counsel for Seaon Environmental, LLC

        *s/Wojciech Z. Kornacki*
        Wojciech Z. Kornacki, Esq.
        Watson & Associates, LLC, *Of Counsel*
        1629 K Street N.W., Suite 300
        Washington, D.C. 20006
        Telephone: 202-827-9750
        Fax: 1-866-855-1040
        kornackiw@theodorewatson.com
        Counsel for Seaon Environmental, LLC

Filed: November 15, 2020