In the United States Court of Federal Claims
(Bid Protest)

| | |
|---|---|
| SEAON ENVIRONMENTAL, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant ) <br> ) <br> and ) <br> ) <br> KANTO KOSAN, CO., LTD ) <br> ) <br> Defendant-Intervenor ) <br> ) | No. 20-1207C <br> Senior Judge Victor J. Wolski |

**REQUESTED FOR A STATUS CONFERENCE**

Seaon Environmental LLC respectfully requests a status conference regarding this pending bid protest. Seaon Environmental LLC contacted Defendant yesterday and Defendant has no objection to this request. Seaon Environmental LLC requests to discuss the recent Department of Justice Press Release Number 21-156 located here https://www.justice.gov/opa/pr/japanese-ceo-and-employees-charged-scheme-defraud-us-navy-and-dump-wastewater-ocean and its potential impact on this pending bid protest and the TRO decision.

THEODORE P. WATSON<br>
<i>s/Theodore P. Watson</i><br>
Watson & Associates LLC<br>
Colorado Bar No.: 34908<br>
10200 East Girard Ave, Suite C245<br>
Denver, Colorado 80231<br>
Telephone: (720) 941-7200<br>
Fax: (720) 941-7201<br>
watsont@theodorewatson.com

        Attorney of Record
Counsel for Seaon Environmental, LLC

*s/Wojciech Z. Kornacki*
Wojciech Z. Kornacki, Esq.
Watson & Associates, LLC, *Of Counsel*
1629 K Street N.W., Suite 300
Washington, D.C. 20006
Telephone: 202-827-9750
Fax: 1-866-855-1040
kornackiw@theodorewatson.com
Counsel for Seaon Environmental, LLC

Filed: February 18, 2021